IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES LOUIS THIBODEAUX,

        Plaintiff,        Civil No. 05-1409-AA

        v.                ORDER

BRIAN BELLEQUE, et al.,

        Defendants.
_____

AIKEN, District Judge.

    Plaintiff's motion for summary judgment and exhibits thereto fail to establish that there are no genuine issues of material fact remaining in this case or that plaintiff is entitled to judgment as a matter of law. Fed. R. Civ. P 56. Accordingly, plaintiff's Motion (#40) is denied.

    DATED this _1_ day of March, 2006.

                                /s/ Ann Aiken
                                Ann Aiken
                                United States District Judge

1 - ORDER